# United States Court of Appeals

FOR THE SEVENTH CIRCUIT
Chicago, Illinois  60604

November 13, 2001

Hon. JOEL M. FLAUM, *Chief Judge*

Hon. WILLIAM J. BAUER, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>         Plaintiff-Appellee, <br><br> Nos. 00-2495 & 00-2701    v. <br><br> JOHNELLE ELEM and ODELL JENNINGS, <br>         Defendants-Appellants. | ] Appeals from the United <br> ] States District Court for <br> ] the Northern District of <br> ] Illinois, Eastern Division. <br> ] <br> ] No. 97 CR 765 <br> ] <br> ] Paul E. Plunkett, *Judge.* |

O R D E R

The opinion issued in the above-entitled case on October 23, 2001 is hereby amended as follows:

On Page 2, in the first full paragraph, third sentence the word "five" should be deleted.

On Page 2, in the second paragraph, first sentence the words "each of the" should be deleted.  In the third sentence, the words "three of" should be inserted after "participants in".